# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN DAVID BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-19-SNLJ |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for attorney's fees [Doc. 15.] Defendant filed a response [Doc. 16.] This Court reversed the Commissioner's decision in an Order and Memorandum dated September 27, 2022. Plaintiff asks for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $5,474.70 to be paid to plaintiff's attorney. Defendant has no objections to payment of the amount requested. Plaintiff has assigned EAJA fees in this case. Per *Astrue v. Ratliff*, 560 U.S. 586 (2010), defendant requests that any EAJA fees be used to satisfy any preexisting debt that plaintiff owes to the United States, and that the remaining amount then go to plaintiff's attorney. Defendant will verify whether plaintiff owes a debt to the United States, and, subject to any preexisting debt, the fee will be made payable to plaintiff's attorney. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

1

Accordingly,

**IT IS HEREBY ORDERED** the plaintiff is awarded attorney's fees in the amount of $5,474.70 to be paid by the Social Security Administration.

**IT IS FURTHER ORDERED** that defendant shall pay attorney's fees in the amount of $5,474.70, paid directly to the Parmele Law Firm, P.C., subject to any preexisting debt that the plaintiff owes to the United States. Payment shall be mailed to plaintiff's attorney at the Parmele Law Firm, 1505 E. Bradford Parkway, Springfield, Missouri, 65804.

Dated this 4th day of January, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE